IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN BALDERAS, § <br> Petitioner, § <br> § <br> v. § <br> § <br> BOBBY LUMPKIN, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> Respondent. § | Civil Action No. 4:20-cv-04262 <br> (Death Penalty Case) |

**ORDER**

Petitioner Juan Balderas seeks discovery. (ECF No. 16). Respondent Bobby Lumpkin opposes. The Court finds that Petitioner has failed to show good cause to permit discovery. Therefore, the Court **DENIES** Petitioner's Motion for Discovery.

It is so ORDERED.

_____     _____
Date                                                       The Honorable Alfred H. Bennet
                                                                 United States District Judge