IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN BALDERAS, | § | |
|     *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIV. NO. 4:20-cv-04262 |
| BOBBY LUMPKIN, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
|     *Respondent*. | § | |

**RESPONDENT'S UNOPPOSED MOTION
TO SUBSTITUTE COUNSEL**

This is a federal habeas case. Petitioner Juan Balderas is a Texas state inmate under a sentence of death. Respondent Director Bobby Lumpkin is Mr. Balderas's custodian. This case has been reassigned to the undersigned assistant attorney general who will now be representing the Director in this proceeding. Thus, the Director moves to permit Tomee Heining to withdraw as counsel of record for the Director and substitute the undersigned in her place. This substitution request is not designed or intended to harass Mr. Balderas or to delay this proceeding. Any future documents should be sent to the same address (if physically delivered) or to the undersigned's email address (if electronic).

## CONCLUSION

The Director respectfully requests that the Court allow Tomee Heining to withdraw as counsel and substitute the undersigned as counsel of record for the Director.

                KEN PAXTON
                Attorney General of Texas

                BRENT WEBSTER
                First Assistant Attorney General

                JOSH RENO
                Deputy Attorney General
                For Criminal Justice

                EDWARD L. MARSHALL
                Chief, Criminal Appeals Division

                s/ Ali M. Nasser
                ALI M. NASSER
                Assistant Attorney General
                *Counsel of Record*
                State Bar No. 24098169
                Southern District Admission No. 2936065

                Post Office Box 12548, Capitol Station
                Austin, Texas 78711
                Tel: (512) 936-2134
                Ali.Nasser@oag.texas.gov

                *Counsel for Respondent*

## CERTIFICATE OF CONFERENCE

I certify that, on August 16, 2021, I conferred through electronic mail with Mr. Balderas's counsel, Ashley Carr, about this motion, and she stated that she was unopposed to it.

                                                        s/ Ali M. Nasser
                                                        ALI M. NASSER
                                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on August 19, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Ashley Carr
DLA Piper LLP
401 Congress Avenue
Suite 2500
Austin, TX 78701
512-457-7251
Ashley.carr@dlapiper.com

                                                        s/ Ali M. Nasser
                                                        ALI M. NASSER
                                                        Assistant Attorney General