UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN BALDERAS,<br><br>    *Petitioner*,<br><br> v.<br><br>BOBBY LUMPKIN,<br> Director, Texas Department of Criminal Justice,<br> Institutional Division,<br><br>    *Respondent*. | §<br>§<br>§<br>§ **ACTION NO.: 4:20-CV-4262**<br>§ **JUDGE ALFRED H. BENNETT**<br>§<br>§<br>§<br>§ <u>**DEATH PENALTY CASE**</u><br>§<br>§<br>§ |

### NOTICE OF ERRATA RE JUAN BALDERAS'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED HABEAS CORPUS PETITION

  Petitioner Juan Balderas, by and through undersigned counsel, hereby files this Notice of Errata regarding his motion for a 90-day extension of time to file his amended habeas corpus petition.

  Page three of Mr. Balderas's Motion stated that "Dr. Ouaou was not able to conduct an in-person neurological evaluation until October 15, 2021." (ECF 33 at 3.) This sentence is corrected to read: "Dr. Ouaou was not able to conduct an in-person neurological evaluation until September 23, 2021." The discrepancy was a typographical error. (*See* Silverman Suppl. Decl. ¶ 2.).

Dated: January 11, 2022      Respectfully submitted,

               DLA PIPER LLP (US)

               By: */s/ Ashley Allen Carr*

Jeffrey E. Tsai**         Ashley Allen Carr (Tex. Bar No. 24082619)*

| | |
|---|---|
| 555 Mission Street, 24th Floor<br>San Francisco, California 94105<br>(415) 836-2500<br>jeff.tsai@dlapiper.com | 401 Congress Avenue, Suite 2500<br>Austin, Texas 78701<br>(512) 457-7251<br>ashley.carr@dlapiper.com |
| Marc A. Silverman\*\*<br>Jessica Park Wright\*\*<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020<br>(212) 335-4800<br>marc.silverman@dlapiper.com<br>jessica.wright@dlapiper.com | |
| | *Pro Bono Attorneys for Petitioner Juan Balderas* |

\*   *Attorney-in-charge as required by Local Rule 11.3*
\*\* *Admitted Pro Hac Vice*