United States District Court
Southern District of Texas
**ENTERED**
September 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN BALDERAS, | § | |
| | § | |
| Balderas, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4262 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Texas death row inmate Juan Balderas seeks federal habeas corpus relief. Two motions are pending. First, Balderas has filed a motion seeking discovery relating to claims one and twenty-one in his federal petition. (Docket Entry No. 98). Balderas indicates that he "intends to request an evidentiary hearing" on those two claims and "requests leave to seek discovery in preparation for that hearing." (Docket Entry No. 98 at 11). Balderas, however, has never filed a motion for evidentiary hearing. Serious questions also remain unresolved concerning the procedural status of Balderas' claims. The Court **DENIES** Balderas' motion for discovery until Balderas demonstrates the need for an evidentiary hearing and proves the procedural viability of his claims.

Balderas has also filed a Request for Oral Argument on Petitioner's Amended Petition for Writ of Habeas Corpus. (Docket Entry No. 95). Because oral argument is not necessary at this time, the Court **DENIES** Balderas' motion. (Docket Entry No. 95).

The Clerk will provide copies of this Order to the parties.

SIGNED on September 17, 2025, at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE