IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JUAN BALDERAS, | Case No: 4: 20 CV 4262 |
| Petitioner, | Judge Bennett |
| vs. | |
| WARDEN, ERIC GUERRERO, | THIS IS A DEATH PENALTY CASE |
| Respondent. | |

## OPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

GREGORY W. GARDNER
LAW OFFICE OF GREGORY W. GARDNER, PLLC
P.O. Box 2366
Boulder, Colorado 80306
(202) 553-1651
gardnerlegal@gmail.com

1

## OPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Now comes counsel, Gregory W. Gardner, and respectfully submits this Opposed Motion For Substitution of Counsel. Petitioner, Juan Balderas, requests that Gregory W. Gardner be permitted to appear as retained counsel of record for the Petitioner in this matter in place of attorneys Ashley Allen Carr, Jeffrey E. Tsai, Marc A. Silverman, and Jessica Park Wright of the law firm of DLA Piper LLP (US). Petitioner further requests that Ashley Allen Carr, Jeffrey E. Tsai, Marc A. Silverman, Jessica Park Wright, Brett Solberg, and Jonathan Harris Berke[1], and the law firm of DLA Piper LLP (US) be granted leave to withdraw as counsel in this matter.

On October 1, 2025, Petitioner submitted correspondence to the Court requesting withdrawal of appearance of DLA Piper LLP (US). *See* ECF No. 116, Petitioner's Letter. On October 6, 2025, DLA Piper LLP (US) filed its Motion to Withdraw and For Appointment of New Counsel. *See* ECF No. 117, Motion to Withdraw and for Appointment of New Counsel.

This substitution is not sought for purpose of delay, but only so that justice may be done.

All future correspondence should be sent to the address below. Prior counsel has countersigned this notice and is relieved of any professional duties and obligations to the Petitioner.

GREGORY W. GARDNER
The Law Office of Gregory W. Gardner
P.O. Box 2366
Boulder, Colorado 80306
(202) 553-1651
gardnerlegal@gmail.com

---

[1] Jonathan Harris Berke is no longer associated with DLA Piper LLP (US).

WHEREFORE, Petitioner, Juan Balderas, requests Gregory W. Gardner be substituted as counsel of record and that the Ashley Allen Carr, Jeffrey E. Tsai, Marc A. Silverman, Jessica Park Wright, Brett Solberg, and Jonathan Harris Berk, and the law firm of DLA Piper LLP (US) be permitted to withdraw.

Respectfully submitted,

**s/ Gregory W. Gardner**

GREGORY W. GARDNER
The Law Office of Gregory W. Gardner
P.O. Box 2366
Boulder, Colorado 80306
(202) 553-1651
gardnerlegal@gmail.com
***Retained Counsel***

Approved by Prior Counsel

S/ Email Approval

*/s/ Ashley Allen Carr*
Ashley Allen Carr (Tex. Bar No. 24082619)*
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701
(512) 457-7251
ashley.carr@us.dlapiper.com

Jeffrey E. Tsai**
DLA Piper LLP (US)
555 Mission Street, 24th Floor
San Francisco, CA 94105
(415) 615-6055
jeff.tsai@us.dlapiper.com

Marc A. Silverman**
Jessica Park Wright**
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10010
(212) 335-4800
marc.silverman@us.dlapiper.com
jessica.wright@us.dlapiper.com

Brett Solberg
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77022
(713) 425-8400
brett.solberg@dlapiper.com

*Attorney-in-charge as required by Local Rule 11.3*
**Admitted Pro Hac Vice*

## Certificate of Conference

I certify that on October 15, 2025, counsel for Petitioner emailed Respondent's counsel, Ali Nasser, about this motion for substitution of counsel, and he stated that the State is opposed.

*/s/ Marc A. Silverman*
Marc A. Silverman**
With permission by Ashley Allen Carr (Tex. Bar. No. 24082619), Attorney in Charge, LR 11.3

*** Admitted Pro Hac Vice*

## Certificate of Service

I hereby certify that a copy of this motion was sent by the court's electronic notification system and by electronic email to the Respondent's Counsel, this 15th day of October 2025.

                                                **Respectfully submitted,**

                                                **s/ Gregory Gardner**
                                                Gregory W. Gardner