IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Juan Balderas, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. No. 4:20-cv-4262 |
| | § | |
| Bobby Lumpkin, | § | CAPITAL CASE |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ENTRY OF APPEARANCE
## AS PRO BONO CO-COUNSEL

Kindly enter the appearance of Eric Allen as co-counsel for Petitioner Juan Balderas. This appearance will not cause Attorney Gregory W. Gardner to be removed from the case. In fact, Mr. Gardner will remain first-chair counsel. Furthermore, this entry will not delay Mr. Balderas's case.

Respectfully submitted,

s/ Eric Allen
_____
ERIC J ALLEN        (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
Email:eric@eallenlaw.com

Approved by:

s/ Gregory W. Gardner
Gregory W. Gardner, Esq.
Law Office of Gregory W. Gardner, PLLC
P.O. Box 2366
Boulder, Colorado 80306
(202) 553-1651
gardnerlegal@gmail.com
*Retained Counsel for Mr. Balderas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2026, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send such filing to the following counsel of record for the respondent.

Ali Nasser
Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701
ali.nasser@oag.texas.gov

s. Eric Allen
_____
Eric J. Allen