IN THE UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF TEXAS
HOUSTON DIVISION

JUAN BALDERAS,                          Case No  4: 20 CV 4262

                        Petitioner,     Judge Alfred Bennett
Vs.

ERIC GUERRERO, DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

                        Respondent,

---

## MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING

---

GREG GARDNER                            LEWIS GREENWALD
Gardner Legal Group                     304 E. 90TH Street
PO Box 2366                             New York, NY 10128
Boulder, Colorado 80306
Ph: 202-553-1651                        Pro bono counsel for Mr. Balderas
Email: garnderlegal@gmail.com


Lead Counsel for Mr. Balderas


ERIC J ALLEN          (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
Email:eric@eallenlaw.com


Pro bono Counsel for Mr. Balderas

<u>MOTION FOR EXTENSION OF TIME</u>

Now comes Petitioner by and through counsel and requests an extension of seven days to file supplemental briefing in this matter. Counselors Gardner and Allen represented Charles Thompson, who was executed on January 28, 2026. Both spend a great deal of time on this matter before execution. Further, the 60 days included several holidays.

Counsel Gardner conferred with Jay Clendinin, and he does not oppose this request.

WHEREFORE, Plaintiff requests until February 24, 2026, to file supplemental briefing.

Respectfully submitted,

**s. Eric Allen**

_____

ERIC J ALLEN        (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
 Email:eric@eallenlaw.com

**<u>Certificate of Service</u>**

I hereby certify that a copy of this motion was sent by the court's electronic notification system and by electronic email to the Respondent's Counsel, Jay Clendenin, on February 17, 2026.

**s. Eric Allen**

_____

Eric Allen