IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN BALDERAS, § | |
|     *Petitioner*, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-04262 |
| § | (Death Penalty Case) |
| ERIC GUERRERO, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
|     *Respondent*. § | |

**ORDER**

Petitioner's Motion for Extension of Time (ECF No. 129) is hereby **DENIED**.

It is so **ORDERED**.

SIGNED on _____, 2026

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE